Honorable Nicholas Straley
Hearing Date: 7/23/24
Without Oral Argument

## Superior Court of Washington, County of King

| | |
|---|---|
| CHRIS ROBINSON, a married person, AMANDA KNOX, a married person, and the marital community composed thereof;<br><br>          Plaintiffs,<br><br>    v.<br><br>AUSTIN BELLAMY HICKS, a single individual.<br><br>          Defendant. | Case No. 23-2-13919-4 SEA<br><br>**PLAINTIFFS' DEFAULT JUDGEMENT** |

### JUDGMENT SUMMARY

1. Judgment Creditors:     Chris Robinson and Amanda Knox
2. Judgment Debtor:     Austin Bellamy Hicks
3. Total Judgment Amount:     $241,601.89
4. Post-Judgment Interest:     12.0% per annum
5. Attorneys for Judgment Creditors:     Moshe Y. Admon
    Admon Law Firm, PLLC
    300 Lenora St. #4008
    Seattle, WA 98121

Pending before the Court is Plaintiffs' Motion for Default Judgment. In connection with this Motion, the Court reviewed the following:

[PROPOSED] PLAINTIFFS'
DEFAULT JUDGMENT
-1-

ADMON LAW FIRM, PLLC
300 LENORA ST #4008
SEATTLE, WA 98121
PHONE: (206) 739-8383

1. Plaintiffs' Motion for Default Judgment;

2. Declaration of Moshe Admon in Support of Plaintiffs' Motion for Default Judgment and the exhibits attached thereto;

3. Response(s) and supporting document(s), if any;

4. Reply in Support of Plaintiffs' Motion and supporting document(s), if any;

5. _____

It is hereby ORDERED that Plaintiffs' Motion for Default Judgment is GRANTED. Defendant Austin Bellamy Hicks is liable to Plaintiffs for:

1. $64,399.05 in damages for breach of contract, with a prejudgment interest calculated at 12% from the date of Plaintiffs' filing of this lawsuit through 7/23/24, equal to $7,724.89.

2. $1,750 in Plaintiffs' attorney fees and costs awarded by this Court on November 30, 2024, for Plaintiffs' Motion to Compel [Dkt. 31],

3. Sanctions of $15,000 awarded by this Court on January 18, 2024, for Plaintiffs' Motion for CR 37 Sanctions and Contempt of Court [Dkt. 39],

4. Plaintiffs' attorney fees and costs of $3,475 awarded by this Court on January 18, 2024, for Plaintiffs' Motion for CR 37 Sanctions and Contempt of Court [Dkt. 39],

5. Forfeiture of $750 per day for each day from and inclusive of December 15, 2023 to June 13, 2024 (the date this Court entered a Default against Defendant), totaling $136,500, awarded by this Court on January 18, 2024, for Plaintiffs' Motion for CR 37 Sanctions and Contempt of Court [Dkt. 39],

[PROPOSED] PLAINTIFFS' DEFAULT JUDGMENT -2-

ADMON LAW FIRM, PLLC
300 LENORA ST #4008
SEATTLE, WA 98121
PHONE: (206) 739-8383

Case 24-13317-TWD    Doc 17-8    Filed 03/28/25    Ent. 03/28/25 15:18:36    Pg. 2 of 5

6. Plaintiffs' attorney fees in this matter of $12,270, which the Court finds are reasonable,

7. Plaintiffs' costs in the matter of $482.95.

It is hereby ORDERED that judgment is entered against Defendant Austin Bellamy Hicks in favor of each plaintiff and in the sums as listed herein in the preceding paragraph, with interest to accrue on the judgment in favor of each plaintiff at the post-judgment rate of 12.00% per annum; furthermore,

Pursuant to Washington CR 54(b), the Court finds that there is no just reason for delay in certifying the finality of this judgment because: (1) any relationship between the claims finally adjudicated in this judgment and the claims and defenses of any other parties in this matter should not delay this being a final appealable judgment; (2) any questions which would be reviewed on appeal of this judgment are not likely to be before the trial court with respect to any remaining claims or defenses of other parties; (3) it is not likely that the need for review of this judgment would be mooted by future developments in this proceeding; and (4) all parties to this proceeding were given notice of this proposed order and judgment and no objection is on record, therefore, it is hereby ORDERED that this judgment shall be a final and appealable judgment for purposes of Washington Civil Rule 54(b); it is further

ORDERED that Plaintiffs may apply for their post-judgment attorney's fees and costs.

_____

DATED this 24th day of July, 2024.

Electronic signature below.

_____
HONORABLE NICHOLAS STRALEY
King County Superior Court Judge

[PROPOSED] PLAINTIFFS'
DEFAULT JUDGMENT
-3-

ADMON LAW FIRM, PLLC
300 LENORA ST #4008
SEATTLE, WA 98121
PHONE: (206) 739-8383

1 **Presented by:**

2 ADMON LAW FIRM, PLLC

3 By: *s/ Moshe Y. Admon*
Moshe Y. Admon, WSBA No. 50235
4 300 Lenora St., #4008
Seattle, WA 98121
5 Tel: (206) 739-8383
Email: jeff@admonlaw.com
6 *Attorneys for Plaintiffs*

[PROPOSED] PLAINTIFFS'
DEFAULT JUDGMENT
-4-

ADMON LAW FIRM, PLLC
300 LENORA ST #4008
SEATTLE, WA 98121
PHONE: (206) 739-8383

# King County Superior Court
## Judicial Electronic Signature Page

| | |
|---|---|
| Case Number: | 23-2-13919-4 |
| Case Title: | ROBINSON ET ANO VS HICKS |
| Document Title: | ORDER |
| Signed By: | Nicholas Straley |
| Date: | July 24, 2024 |

Judge: Nicholas Straley

This document is signed in accordance with the provisions in GR 30.

| | |
|---|---|
| Certificate Hash: | DC0A97396001FD3E5D5B8A5609E219960A262192 |
| Certificate effective date: | 2/29/2024 2:05:03 PM |
| Certificate expiry date: | 3/1/2029 2:05:03 PM |
| Certificate Issued by: | C=US, E=kcscefiling@kingcounty.gov, OU=KCDJA, O=KCDJA, CN="Nicholas Straley: sDnpxNqw7hGVK&#43;S2dzRXTQ==" |